UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| BROOKE LEE WHITAKER, | ) |
| *Petitioner*, | ) |
| v. | ) No.: 4:15-cv-02-HSM-WBC |
| TRINITY MINTER, Warden, | ) |
| *Respondent*. | ) |

## MEMORANDUM AND ORDER

This is a *pro se* state prisoner's petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Clerk is **DIRECTED** to serve copies of the petition and this Memorandum and Order on the respondent and the Attorney General of The State of Tennessee.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, the respondent is **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4, Rules Governing Section 2254 Cases In The United States District Courts. The respondent should address specifically whether the petition was timely filed and whether the petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**ENTER**:

                                        /s/ Harry S. Mattice, Jr.
                                      HARRY S. MATTICE, JR.
                                      UNITED STATES DISTRICT JUDGE